# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HART, ) | 3:10-cv-0761-RCJ (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | March 15, 2011 |
| ) | |
| ROBERT BANNISTER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Leave Pursuant to Fed. R. Civ. P. 30(a)(2)(A)(iii) to Conduct Deposition of Dr. Richard Long (Doc. #10). Good cause appearing,

Defendants' Motion for Leave Pursuant to Fed. R. Civ. P. 30(a)(2)(A)(iii) to Conduct Deposition of Dr. Richard Long (Doc. #10) is **GRANTED**. Defendants shall provide Plaintiff a copy of the deposition transcript at Defendants' expense.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
       Deputy Clerk